**Opinion issued June 23, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00427-CV**

———————————

**IN RE PROBIR K. BONDYOPADHYAY AND MADHURI BONDYOPADHYAY, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, Probir K. Bondyopadhyay and Madhuri Bondyopadhyay, have filed a petition for writ of mandamus, challenging the local administrative court's ruling, which denied their requests to institute a new suit.[1]  *See* TEX. CIV. PRAC. & REM. CODE § 11.102(f).

---

[1]  The underlying case is *Probir K. Bondyopadhyay and Madhuri Bondyopadhyay v. Anthony Scott Vincent*, cause number 2021-43287, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

We deny the mandamus petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.